UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.T. Shannon,<br><br>            Plaintiff,<br><br>    v.<br><br>Howard Moseley,<br><br>            Defendant. | No. 2:22-cv-01530-KJM-JDP<br><br>ORDER |

The court interprets the letter filed at ECF No. 19 as a motion to appoint counsel.  This case is closed, and an appeal is pending.  *See* Judgment, ECF No. 13; Not. Appeal, ECF No. 14.  No other motions are pending in this court.  The motion to appoint counsel (ECF No. 19) is therefore **denied as moot**.

    IT IS SO ORDERED.

DATED: July 10, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

1